IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KIPLAND KINKEL,                                              03:11-cv-746-MA

        Petitioner,                                        JUDGMENT

   v.

GERALD LONG,

        Respondent.

MARSH, Judge

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice. A certificate of appealability is DENIED. See 28 U.S.C. § 2253(c)(2).

    IT IS SO ORDERED.

    DATED this _5__ day of August, 2011.

                                      _/s/ Malcolm F. Marsh_____
                                      Malcolm F. Marsh
                                      United States District Judge

1 -- JUDGMENT